UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>                    Plaintiff (s),<br><br>          v.<br><br>COOKE AQUACULTURE PACIFIC LLC,<br><br>                    Defendant (s). | CASE NO.<br>2:17–cv–01708–JCC<br><br>MINUTE ENTRY RE:<br>STATUS CONFERENCE |

   STATUS CONFERENCE held before United States District Judge John C. Coughenour; Courtroom Deputy Clerk Paul Pierson; Court Reporter Andrea Ramirez; Plaintiff(s) Counsel Brian Knutsen; Defendant's Counsel Diane Meyers.

   The case was called, and counsel made their appearance. The Court inquires of counsel concerning their desired trial date, and time estimate for trial. Note that <u>all</u> depositions, discovery and perpetuation, must be completed before the discovery completion date.

   Jury instructions shall be electronically filed with the Clerk of Court and must include an original version and 2 (two) separate versions: One numbered sequentially, and with citations; the second copy without numbering and citations. Counsel are advised that the Court will rely primarily upon the *Manual for Model Jury Instructions for the Ninth Circuit* in preparation of final instructions for submission to the jury.

   Counsel are advised that this case is one of several cases set for the week described below. Counsel shall be prepared to commence trial as scheduled, but understand that the trial may have to be continued. Counsel are directed to contact the Courtroom Deputy Clerk at **paul_pierson@wawd.uscourts.gov** 2–4 weeks in advance of the trial date regarding the Court's trial calendar.

   Case management dates are established as follows: 10–DAY ESTIMATE Court Trial is set for March 11, 2019 at 09:30 AM in Courtroom 16206 before U.S. District Judge John C. Coughenour. Proposed pretrial order is due by March 1, 2019. Pleading amendment/3rd Party action is/are due by July 6, 2018. The 39.1 Mediation shall be completed by October 12, 2018. Discovery cutoff is 120 days before trial, and the dispositive motion deadline is 90 days before trial.

1  Counsel shall attend Courtroom Technology Training at least 1 month in advance of the trial date in order to become familiar utilizing the *new* A/V equipment now available in the courtroom. Training is held at 3:00 p.m. on the 1st and 3rd Wednesday of each month in Courtroom 18B.

DATED: March 13, 2018