THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY,

Plaintiff,

v.

COOKE AQUACULTURE PACIFIC, LLC,

Defendant.

CASE NO. C17-1708-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to extend the trial and pre-trial dates in this case (Dkt. No. 19). Finding good cause, the Court GRANTS the parties' joint motion (Dkt. No. 19). The Court ENTERS the following amended scheduling order:

| Event | Date/Deadline |
|---|---|
| Pleading Amendment and 3rd Party Practice | January 18, 2019 |
| Rule 26(a)(2) Initial Expert Disclosure | March 27, 2019 |
| Rule 26(a)(2) Rebuttal Expert Disclosure | April 26, 2019 |
| LCR 39.1 Mediation Cutoff | April 26, 2019 |
| Discovery Cutoff | May 24, 2019 |
| Dispositive Motion Deadline | June 25, 2019 |

MINUTE ORDER
C17-1708-JCC
PAGE - 1

| | |
|---|---|
| Courtroom Technology Training Cutoff | August 23, 2019 |
| Proposed Pretrial Order Filed | September 13, 2019 |
| Proposed Findings of Fact and Conclusions of Law Filed | September 23, 2019 |
| Bench Trial (10-day estimate) | September 23, 2019 |

DATED this 2nd day of July 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk