HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>  Plaintiff,<br><br>v.<br><br>COOKE AQUACULTURE PACIFIC, LLC,<br><br>  Defendant. | Case No. 2:17-cv-01708-JCC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DETERMINE INSUFFICIENT DEFENDANT'S ANSWERS TO REQUESTS FOR ADMISSION |

BEFORE THE COURT is Plaintiff's Motion to Determine Insufficient Defendant's Answers to Requests for Admission.

Plaintiff argues that Defendant's answers to the following requests for admission, in which Defendant asserts a lack of sufficient information to admit or deny the requests, do not comply with Rule 36: Request for Admission Nos. 34–38, 108–10, 145, 147, 183–84, 259–60, and 296–97. Plaintiff further argues that Defendant's answers to the following requests for admission, in which Defendant partially denies the requests, do not comply with Rule 36: Request for Admission Nos. 111–12, 146, 148–49, 185–186, 219–22, 256–58, and 293–95.

[PROPOSED] ORDER GRANTING MOTION ON INSUFFICIENT ANSWERS TO REQUESTS FOR ADMISSION - 1
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825

The Court finds that the answers do not comply with Rule 36 and that motion should therefore be GRANTED.

Accordingly,

**IT IS ORDERED** that:

1. With respect to the following requests for admission that Defendant asserted a lack of sufficient knowledge, Defendant is deemed to have admitted the matters: Request for Admission Nos. 34–38, 108–10, 145, 147, 183–84, 259–60, and 296–97;

2. With respect to the following requests for admission that Defendant partially denied, Defendant is deemed to have admitted the matters that it did not specifically deny: Request for Admission Nos. 111–12, 146, 148–49, 185–186, 219–22, 256–58, and 293–95.

**OR**

1. With respect to the following requests for admission that Defendant asserted a lack of sufficient knowledge, Defendant shall provide amended answers that admit the matters, specifically deny the matters, or assert lack of knowledge or information and confirm that Defendant has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny: Request for Admission Nos. 34–38, 108–10, 145, 147, 183–84, 259–60, and 296–97;

[PROPOSED] ORDER GRANTING MOTION ON INSUFFICIENT ANSWERS TO REQUESTS FOR ADMISSION - 2
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825

2. With respect to the following requests for admission that Defendant partially denied, Defendant shall provide amended answers that state, with respect to the portions of the requests that Defendant did not specifically deny, whether Defendant admits the matters, specifically denies the matters, or asserts a lack of knowledge or information and confirms that Defendant has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny;

3. With respect to any amended answer provided under this Order in which Defendant asserts that it lacks sufficient knowledge to admit or deny the matter, Defendant shall include a detailed description of the nature and extent of its inquiry;

4. Amended answers required by this Order shall be provided within fourteen (14) days entry of this Order;

Dated this _____ day of _____, 2019.

_____
Honorable John C. Coughenour
United States District Judge

Presented by:

KAMPMEIER & KNUTSEN, PLLC

By: s/ Brian A. Knutsen
     Brian A. Knutsen, WSBA No. 38806
Attorney for Plaintiff

[PROPOSED] ORDER GRANTING MOTION
ON INSUFFICIENT ANSWERS TO
REQUESTS FOR ADMISSION - 3
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825