THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>    Plaintiff,<br><br>v.<br><br>COOKE AQUACULTURE PACIFIC, LLC,<br><br>    Defendant. | Case No. 2:17-cv-01708-JCC<br><br>DECLARATION OF KURT BEARDSLEE |

I, Kurt Beardslee, declare the following on the basis of personal knowledge to which I am competent to testify:

1. I am the Executive Director of Wild Fish Conservancy and have served in this role for the last 28 years. As the Executive Director, I am familiar with the objectives, programs, membership, and structure of Wild Fish Conservancy.

2. Wild Fish Conservancy is a membership-based non-profit 501(c)(3) organization formed under the laws of Washington State that is dedicated to the recovery and conservation of the region's wild fish ecosystems. Through science, education, and advocacy, Wild Fish Conservancy promotes technically and socially responsible resource management to better

BEARDSLEE DECLARATION - 1
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825

sustain the region's wild fish heritage. Wild Fish Conservancy is continually engaged in research and monitoring projects aimed to guide its restoration, protection, advocacy, and public education efforts, and to improve basic understanding of the natural and anthropogenic processes influencing the health of wild fish populations. Wild Fish Conservancy develops and implements ecological process restoration initiatives intended to recover important ecosystem functions, to recreate dynamic and self-maintaining habitat systems, and to serve as models throughout the region. Wild Fish Conservancy is devoted to educating members of the community about wild fish, their habitats, and the ways that humans impact native fish stocks. Wild Fish Conservancy provides a variety of education resources and opportunities to increase awareness, stimulate thinking, and encourage informed decision-making. Wild Fish Conservancy advocates for socially responsible and scientifically credible conservation by reviewing and commenting on policy proposals and other proposed government actions, participating in technical forums, working with resource management officials, developing information/action campaigns, and legally challenging actions when necessary. Wild Fish Conservancy currently employs eighteen individuals who carry out the organization's science, education, and advocacy programs.

    3.    Wild Fish Conservancy has been engaged in various activities during the last twenty years related to the potential effects to wild salmonids from commercial Atlantic salmon farms. For example, Wild Fish Conservancy undertook a three year study in Clayoquot Sound on Vancouver Island, British Columbia, Canada, looking at potential impacts to out-migrating wild juvenile salmonids from Atlantic salmon net pens, including impacts associated with sea lice. Beginning in 2017, Wild Fish Conservancy coordinated Our Sound, Our Salmon, which is a coalition of around 109 businesses and 12,000 individuals seeking to inform the public and policy makers on the presence of Atlantic salmon farms in Puget Sound and the science

BEARDSLEE DECLARATION - 2
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825

surrounding such facilities and their impacts.

4. Wild Fish Conservancy has been a plaintiff in several lawsuits seeking to compel compliance with laws designed to protect native fish species and the ecosystem upon which they rely. Wild Fish Conservancy prosecutes these public interest lawsuits under citizen suit provisions, in this case section 505 of the Clean Water Act. Wild Fish Conservancy initiates litigation only after serious consideration. Wild Fish Conservancy takes its role as a citizen group enforcing public interest laws seriously and endeavors to treat all those involved with the utmost respect.

5. Wild Fish Conservancy has no personal or financial stake in this litigation and will not profit from this litigation in any way. Wild Fish Conservancy brings this action on behalf of the public interests, including those of its members, intended to benefit by the Clean Water Act.

6. Wild Fish Conservancy alleges in this action that Cooke Aquaculture Pacific, LLC ("Cooke") has violated numerous requirements of the Clean Water Act permits the regulate Cooke's operations of the Puget Sound Atlantic salmon farms. These violations include Cooke's failure to adequately track and report the number of Atlantic salmon in the farms and lost through escapement into Puget Sound. Any failure to accurately track and report the number of farmed fish escaping the net pens deprives the Conservancy of information that the Conservancy would otherwise obtain from public agencies, analyze for potential impacts to wild fish and their ecosystems, and then use as appropriate to advocate for protection of wild fish and to inform its members, the public, and policy makers. Wild Fish Conservancy has requested public records from state agencies, including the Washington Department of Ecology to which Cooke submits these reports, for many years in an effort to learn about the net pen operations and their potential

BEARDSLEE DECLARATION - 3
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825

impacts.

7. William (Bill) McMillan is currently a member of Wild Fish Conservancy and has been since long before 2000, which is as far back as we maintain membership records. In fact, Mr. McMillan has been a member since he helped found the organization in 1989.

8. Peter Soverel is currently a member of Wild Fish Conservancy and has been a member continuously since long before 2000, which is as far back as we maintain membership records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February, 2019.

_____
Kurt Beardslee, Executive Director

BEARDSLEE DECLARATION - 4
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825