HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY,                    )
                                          )    Case No. 2:17-cv-01708-JCC
        Plaintiff,                        )
                                          )
v.                                        )
                                          )    FIRST DECLARATION OF WILLIAM
COOKE AQUACULTURE PACIFIC,                )    JOHN MCMILLAN
LLC                                       )
                                          )
        Defendants.                       )
_____ )

I, William John McMillan, declare the following on the basis of personal knowledge to

which I am competent to testify:

1.      I am over the age of eighteen and I make this declaration based on my personal

knowledge. If called to testify, I could and would testify as follows.

2.      I have lived in at 40104 Savage Road in Concrete, Washington since 1998. Prior

to 1998, I lived in Duvall, Washington. I spent the remainder of my adult life in the Washougal,

Washington area.

3.      I am a founding member of Wild Fish Conservancy, previously known as

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219

Washington Trout. I helped found Wild Fish Conservancy to fill a void created by a lack of groups focused on wild fish issues in Washington. I have been and still am a member of the organization since 1989 and I make regularly financial donations to support the organization's efforts. I was employed by Wild Fish Conservancy as a field biologist between November 1996 and 2007, when I retired. I continue to volunteer for the organization by performing spawning surveys, sampling fish carcasses, and assessing habitat changes, among other field activities.

4.      I live on the Skagit River, the largest native salmon bearing stream in Puget Sound. All of the streams in the Puget Sound ecosystem are in hard times right now, with fish not returning and populations dwindling. Compared to most of the streams, the Skagit provides significant remaining areas of healthy habitat for salmon, making it critically important for keeping up fish populations, including Puget Sound Chinook, steelhead, and bull trout populations.

5.      I use and enjoy the Puget Sound ecosystem almost daily, through spawning surveys and documenting my results in reports, walking along the streams, photographing the ecosystem and fish, and fishing. I am an avid fisherman. I fish the Skagit 75–100 days per year—virtually every day that conditions are good and the river is open for fishing—and I have fished a number of other rivers in the Puget Sound ecosystem. I fish both because I want to try and keep contact with wild fish to determine whether things are changing for the better or worse and because I get spiritual enjoyment from connecting with nature while fishing.

6.      My son lives on the Elwha River, and I go up there and walk through, enjoy, and observe that ecosystem as it recovers following dam removal.

7.      I will continue to enjoy the Puget Sound ecosystem for the rest of my life. I intend to remain in my house along the Skagit for the rest of my life, and as long as I can walk, I will

FIRST DECLARATION OF
WILLIAM JOHN MCMILLAN – 2
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219

fish the Skagit. I also intend to continue fishing and enjoying the ecosystem of other rivers in the Puget Sound regularly, and I will continue doing the fish surveys and supplementing my reports with the data I gather.

8.    While I continue to use the Puget Sound ecosystem, I am deeply concerned about the harm Cooke Aquaculture's Atlantic salmon net pens are having and will continue to have on the Puget Sound ecosystem, particularly on wild salmon, including those with numbers so depleted that they are listed under the Endangered Species Act (ESA); Puget Sound steelhead, Puget Sound Chinook salmon, and Hood Canal summer-run chum salmon. I am concerned about the harm caused by the collapse of one of Cooke's net pens near Cypress Island in 2017 on ESA-listed fish and the environment, and I fear another collapse could occur in the future unless Cooke changes its ways. I am also concerned about the effects from the chronic mismanagement of Cooke's net pens, including its failure to monitor and inspect facilities and to report relevant information in compliance with the Clean Water Act (CWA). As I discuss below, all of these effects and my concerns related to them in turn affect my scientific and recreational use and spiritual and aesthetic enjoyment of the Puget Sound ecosystem and they impact my ability to continue using the Puget Sound ecosystem as I have in the past. I believe my concerns and the harm from Cooke's unlawful operations would—at least in part—be remedied if Cooke were made to comply with their CWA permits, remedy the harms they have caused, and pay a penalty for their unlawful operations.

9.    Today, I am primarily a fly fisher, but my love of fishing stems from learning how to bait fish as a child. My father taught me how to fish, and I taught my son, daughter, and grandchildren how to fish. Fishing is an important part of my family history.

FIRST DECLARATION OF
WILLIAM JOHN MCMILLAN – 3
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219

10.     As soon as I was able to drive a car, I sought out opportunities to fish for wild species, particularly steelhead, wherever I could afford to go. Although I often focus fishing on winter steelhead, I also fish for other species of wild fish, including bull trout, Chinook salmon, coho salmon, summer run steelhead, pink salmon, chum salmon, and sockeye salmon. I have had the opportunity to fish throughout most of the native geographic range of steelhead from Russia's Kamchatka Peninsula on through Alaska, British Columbia, Washington, Idaho, and Oregon. I have otherwise seen several of the rivers of northern and Central California where they also once flourished. Through my travel, I have had the opportunity to personally communicate with steelhead biologists throughout this international geographic range in order to better understand this fish of my particular interest.

11.     I keep and eat the fish I catch whenever I can do so without causing damage to wild fish stocks. Accordingly, I only keep wild fish if there is a sufficiently large population in the stream. I very much enjoy eating wild fish and wish I could do so more often. If I catch a farmed Atlantic salmon, I keep it to prevent it from breeding and competing with and spreading diseases to wild fish. Seeing and catching farmed Atlantic salmon seriously diminishes my enjoyment of fishing throughout the Puget Sound because I know we have only caught a fraction of the farmed Atlantic salmon that have escaped from net pens and I know they carry diseases and can more easily spread them to wild fish with depressed populations and they can compete for resources with wild fish.

12.     In 1972 I began writing about fishing. I began journal-writing as a hobby and later had articles published as a freelance writer. I have over 50 articles published in magazines and books about fishing and conservation, including articles about the Olympic National Park. I recently co-authored a book published with the title *May the Rivers Never Sleep* about wild fish

FIRST DECLARATION OF
WILLIAM JOHN MCMILLAN – 4
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219

conservation, and the importance of the return of anadromous fish to river systems. *May the Rivers Never Sleep* also discusses watching wild fish as an alternative to angling, something that is increasingly necessary due to dwindling wild fish populations. As fish populations continue to decline, I find that I have to watch wild fish in some Puget Sound rivers as an alternative to angling. Spending time in the Puget Sound ecosystem observing the wildlife is of great spiritual and learning significance to me, but I do wish I could angle throughout the Puget Sound ecosystem more frequently.

13.     I also enjoy photographing native fish habitats throughout the Puget Sound ecosystem, including in the Nooksack, Samish, Skagit, Stillaguamish, Snohomish, Cedar/Lake Washington, Duwamish, Dungeness, Morse Creek, and Elwha basins, all of which I have walked, surveyed, and/or photographed since moving to Puget Sound in 1996. My photographs have appeared on several magazine and book covers. I enjoy photographing nature because I love things that are visibly attractive. I have been fishing for steelhead since I was 11 or 12 years old (in the mid 1950s) and my initial attraction to steelhead fishing in particular was due to the remarkable beauty of steelhead. Wild fish are creatures of beauty and perfection as determined by the rigors of natural selection. As wild fish populations continue to diminish, I have fewer opportunities to photograph wild fish, which lessens my enjoyment of this activity.

14.     In addition to fishing and photography, I absolutely enjoy walking the tributaries of the Skagit River in spawning season and documenting wild fish spawning numbers as related above. I have done and continue to do spawning surveys along nine Skagit Basin tributaries and one Elwha tributary in the Puget Sound ecosystem. To do these spawning surveys, I spend an average of 150–200 days per year walking along the creeks and collecting data about spawning populations. I share the surveys with management agencies, tribes, and conservation interest

FIRST DECLARATION OF
WILLIAM JOHN MCMILLAN – 5
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219

groups. I have produced five reports, varying in length from 40 to 250 pages, related to the survey data, and I keep these reports on file on an academia website so people can access them.

15.     I have also done a great deal of historical research on Puget Sound steelhead and steelhead throughout the Pacific Coast, including funding from NOAA Fisheries to do so in 2008. I have provided reports to federal and state agencies, including NOAA Fisheries, to address problems relating to fish mortality in the Puget Sound ecosystem. For example, in 2006, I was asked to provide a presentation to the NOAA Biological Review Team during their considerations for Puget Sound steelhead for listing under the ESA due to my familiarity with wild steelhead history in Washington, Puget Sound, and as distant as the Russian Kamchatka Peninsula and Alaska. In 2008, I was invited by the NOAA Puget Sound Steelhead Technical Review Team to accompany them on a tour of the Stillaguamish River and Sauk River (tributary of the Skagit River), and I provided them with a report relating to the loss of early run timing for winter-run steelhead. Since then I have regularly done volunteer steelhead and salmon spawning surveys on numerous tributary creeks in the Skagit River basin with regular reports to Skagit Basin interests, including Washington Department of Fish and Wildlife personnel, members of the NOAA Technical Review Team for Puget Sound Steelhead, personnel from Skagit River System Cooperative Tribes, biologists from Seattle City Light, and varied fish conservation group leaders, employees, and/or members. These reports have included tables and sometimes photographs of the findings sent to this list of recipients regarding the species of fish found, when they spawn, how many spawn, where they spawn, and the presence or absence of hatchery fish and farmed Atlantic salmon among the spawning populations.

16.     In addition to helping with steelhead and salmon recovery through surveys and scientific projects with state and federal agencies, I have recently helped Wild Fish Conservancy

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219

with its efforts to document adverse effects on wild fish from farmed Atlantic salmon that

escaped when one of Cooke's net pens collapsed in 2017. In 2018, I sampled four Atlantic

salmon that I caught, or people I knew caught, on my property. I dissected the Atlantic salmon

and took them to Wild Fish Conservancy to have a disease analysis done. The females had

maturing eggs in them, which means they could be interbreeding with wild salmon and spreading

diseases to them or they could be spawning with other farmed Atlantic salmon and creating a

self-sustaining population that would extend competitive interactions with wild salmon into the

future. Both of these possibilities have serious adverse effects on wild species. In fall 2017, I

went to Bellingham Home Port, which is a company that processes fishermen's fish for

packaging and sales, and I collected samples from 50 to 60 Atlantic salmon carcasses caught and

donated by fishermen that were sent to a lab for disease analysis. The results showed that

virtually all the tested fish had high levels of piscine orthoreovirus (PRV) of Icelandic origin,

which is a virus that Pacific ESA-listed fish might not have an immunity to. This has confirmed

my fear that Cooke's mismanagement of its Atlantic salmon net pens poses grave threats to wild

salmonid species, and in turn my interests in wild fish in the Puget Sound.

17.    My pursuits in protecting and enjoying the Puget Sound ecosystem, and wild

native fish, are substantially diminished by the effects from Cooke's mismanagement of its net

pens. We are already suffering from river closures throughout the basin because threatened and

endangered fish populations are so low, due to pollution, warming streams, and other harms, and

this will only be exacerbated by the continued unlawful operation of the net pens.

18.    I understand that, in this lawsuit, Wild Fish Conservancy alleges that Cooke

violated the Clean Water Act in several ways for both the 2017 collapse of a net pen near

Cypress Island and for its general mismanagement of all of its net pens. For the collapse, I

FIRST DECLARATION OF
WILLIAM JOHN MCMILLAN – 7
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219

understand the violations include unpermitted discharges of debris and pollutants, negligent release of farmed Atlantic salmon, discharging floating materials and other pollutants, and failing to collect and handle dead fish properly. For the general management, I understand the violations include failure to prepare and implement a Pollution Prevention Plan that meets permit requirements, including those for inspections, maintenance, repairs, and replacements, and failure to prepare and implement a Fish Release Prevention and Monitoring Plan that meets permit requirements, including those for monitoring and reporting fish contained in the net pens and those lost to mortality, predation, and escape, and those to ensure the stability and security of the pens. I am concerned about all of these violations and the effects they have on wild native fish, the Puget Sound ecosystem, and the public, all of which in turn impacts my interests and activities now and in the future.

19.     As an example of the harms from net pens, escaped farmed Atlantic salmon increase the presence of sea lice and other diseases—like piscine orthoreovirus—which, over time, will transfer to steelhead, Chinook salmon, and other fish. With enough time, the adverse effects from farmed Atlantic salmon could be so catastrophic that they could eliminate the opportunity for fishing for wild, native fish. Accordingly, I am deeply disturbed by the presence of Atlantic salmon in the Skagit and elsewhere in the Puget Sound, in the same spawning grounds as wild fish, some of which suffer from exceedingly depressed populations. While I may only someday see one Atlantic salmon in a spawning stream, some of the streams only have two or three pairs of ESA-listed fish spawning in them, so one or two Atlantic salmon could have significant effects in any single spawning stream and with cumulative effects that could devastate the population of ESA listed-fish in a river basin, and with subsequent adverse cumulative effect on the recovery of ESA-listed fish throughout the Puget Sound ecosystem.

FIRST DECLARATION OF
WILLIAM JOHN MCMILLAN – 8
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219

20.     In addition to escaped farmed Atlantic salmon throughout the Puget Sound, I am really concerned about their carcasses that could be in the Puget Sound and its streams after the collapse. I recently became aware of a situation where there was a parasite related to snails that was killing large numbers of juvenile hatchery steelhead in a holding pond at a hatchery. The snail was the host of the disease, and it was eaten by other critters, which spread and bio-amplified the disease. We are dealing with a similar situation here, where Atlantic salmon carcasses were likely being consumed by live fish or other predators, like otters, which travel throughout the Puget Sound ecosystem, spreading diseases Atlantic salmon carry along the way.

21.     I am also concerned about Cooke's general mismanagement of its net pens. The CWA permits for Cooke's facility requires preparation and implementation of plans that seek to insure proper maintenance and inspections to avoid both catastrophic and smaller releases of farmed Atlantic salmon, to avoid other pollution from entering Puget Sound, and to monitor and report all releases of farmed fish so that Cooke, regulators, policy makers, and the public can make informed choices. It is my understanding that Wild Fish Conservancy alleges that Cooke has violated these permit requirements. Not only can that lead to adverse effects on the environment, but it also adversely affects the public. Legal constraints for businesses, like monitoring, inspecting, and reporting requirements, are there for the safety and benefits of the community and to provide knowledge to the community. Given the density of people and businesses in the Puget Sound, it is incredibly important for everyone to abide by the law and inform the public and the regulatory agencies as required by law. Allowing Cooke to ignore, circumvent, or evade monitoring, inspecting, and reporting requirements deprives the public of the safety and benefits intended by the CWA and of knowledge to which the public is entitled.

FIRST DECLARATION OF
WILLIAM JOHN MCMILLAN – 9
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219

22.     While being mindful and respectful of the recovery of depressed fish populations and the adverse effects from the net pens on the Puget Sound ecosystem, I will continue fishing, engaging in spiritual observation, photographing, surveying, and researching in the area almost daily for the rest of my life. While I will continue to enjoy the ecosystem regularly, my enjoyment would be improved if wild fish populations increased and if I did not see farmed Atlantic salmon—and their adverse effects—in the rivers throughout the Puget Sound. My enjoyment would also be improved if I knew Cooke was fully complying with its permit requirements and I could feel safe knowing that Cooke is performing requisite monitoring and inspections and reporting that information to the regulatory agencies and the public. With that information, the regulated entities could make informed decisions to protect the environment, and the public can properly serve as a watchdog to the regulated entities.

23.     I am very concerned that Cooke has not complied and is not complying with its CWA permits. The concerns from the adverse effects of Cooke's mismanagement of their net pens diminish the enjoyment I get from fishing, walking along rivers, surveying and documenting spawning, and photographing throughout the Puget Sound ecosystem. My concerns would be remedied by a court order requiring Cooke to comply with its CWA permits, to remedy the harms they have caused, and to pay a penalty for their unlawful operations as a deterrent for potential harms in the future. I would feel a lot better if Cooke lives up to its requirements and I would get greater enjoyment out of my activities in the Puget Sound ecosystem.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed this 14th day of February 2019.

William John McMillan

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219