HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | ) |
| | ) Case No. 2:17-cv-01708-JCC |
| Plaintiff, | ) |
| | ) |
| v. | ) FIRST DECLARATION OF PETER W. |
| | ) SOVEREL |
| COOKE AQUACULTURE PACIFIC, LLC, | ) |
| | ) |
| Defendant. | ) |

I, Peter W. Soverel, declare the following on the basis of personal knowledge to which I am competent to testify:

1. I have lived in Washington State since December 1968. I have resided at 16430 72nd Avenue W., Edmonds, WA 98026 since November 1987.

2. I am currently a member of Wild Fish Conservancy and have been a member since the beginning of the organization and its predecessor, Washington Trout, nearly 30 years ago. I am a member because I believe that the organization is a leading light in Washington State for promoting policies and practices that conserve and restore wild steelhead stocks. I support the efforts of the organization through direct financial contributions and by serving as a standing

FIRST SOVEREL DECLARATION – 1
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825

declarant in the organization's lawsuits. I also work closely and collaborate with Wild Fish Conservancy in my professional capacity as President and CEO of Conservation Angler, a non-profit watch-dog organization that seeks to hold public agencies, countries, and nations accountable for protecting and conserving wild fish for present and future generations.

3. I have been interested and engaged with the Puget Sound ecosystem for 50 years. I enjoy fishing throughout Puget Sound for native fish, including Puget Sound Chinook, Hood Canal summer-run chum, and Puget Sound steelhead, all of which are listed under the Endangered Species Act; observing sea life, including the resident orca population and other wildlife that depend on Chinook; and working to protect and restore wild fish populations in the Pacific Northwest. I moved to Washington in 1968 to be near wild salmon, specifically steelhead, and I have been near wild salmon in the Puget Sound area ever since. I have fished all around the Puget Sound basin, including the Green River, Sammamish, Snohomish, Skykomish, Snoqualmie Stillaguamish, Skagit, Nooksack, Nisqually Rivers, to name a few. I fish in Puget Sound rivers roughly 50 to 60 days per year, and I will continue fishing in Puget Sound rivers regularly for as long as I am able to do so. I observe wildlife in the Puget Sound daily, and I will continue to do so for as long as I am able.

4. I will engage in the Puget Sound ecosystem for years to come, but I am gravely concerned about the Puget Sound ecosystem and the survival and recovery of salmon, upon which my recreation and livelihood depend. I have personally witnessed the significant decline in wild salmon populations over the years, and I believe that decline is, in part, caused by Cooke Aquaculture's poor and dangerous management of the Atlantic salmon net pens in the Puget Sound. I am concerned that those net pens degraded the Puget Sound ecosystem and hindered the survival and recovery of wild salmon when a facility collapsed near Cypress Island and that the

FIRST SOVEREL DECLARATION – 2
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825

remaining net pens will continue to have such detrimental impacts, which will consequently jeopardize my personal interests in the Puget Sound ecosystem. I am concerned that Cooke Aquaculture does not adequately inspect and repair its facilities or monitor and report information, including fish releases. These concerns significantly decrease my enjoyment of the Puget Sound ecosystem. If Cooke Aquaculture were made to better manage the net pens, comply with their permits and the Clean Water Act, and remedy their past harms to the environment, conditions in the Puget Sound would improve and could remedy the harm to the Puget Sound and to me personally.

5. My recreational and professional interests in wild salmon and the Puget Sound have been steady over the past 50 years, and while I enjoy all wild salmon, I feel a special connection to steelhead. Wild steelhead are amazing creatures and one of God's great inventions. Steelhead are born in inland waters and migrate thousands of miles. Some swim all the way to Japan. Others spawn at four- or five-thousand feet above sea level. Wild steelhead are an object of my affection, so the loss of my opportunities to see and angle for wild steelhead in the Puget Sound is a serious loss for me.

6. I moved to Washington State in December 1968 specifically to meet a steelhead I had fallen in love with through pictures sent to me by my mother while I was on a 13-month combat tour with the US Navy in the Mekong Delta, Vietnam. The Navy was sending me to graduate school and I had a choice of Tufts University (Boston), Georgetown University (Washington, DC) or the University of Washington (Seattle)—all fine universities, but only the University of Washington provided the prospect of an introduction to the object of my dreams—a wild steelhead. I have been a serious wild steelhead angler since that time. Although I have fished my entire life and experienced angling around the globe from Yugoslavia to western

FIRST SOVEREL DECLARATION – 3
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825

Russia, Norway, Sweden, Austria, German, Belgium, UK, eastern Canada, the Bahamas, Argentina, Chile, Mexico, Panama, New Zealand and Kamchatka Russia, I am, first and foremost, a steelhead fly fisher since moving to Washington State. I have fished the rivers of the Puget Sound basin hundreds of times over the past 50 years for steelhead and other salmon. They are my "home" rivers, but my ability to fish and enjoy them is hindered by the continual population decline of wild salmon and pollution of the Puget Sound ecosystem. I am restricted from my primary source of recreation and relaxation and the opportunity to interact with the object of my affections.

7. The Skykomish River is absolutely my favorite river for fishing on the planet. The "Sky" was the best of the best: a steelhead river invented in heaven—it is a big and clear river flowing over large rocks offering prime steelhead fly water; it is close to tidewater so the fish are fresh and hot. The physical characteristics of the river make it absolutely perfect for fly fishing. I began fishing on this river beginning in 1968 and still fish there approximately three or four times a year. I remember coming home on leave in April 1984 when I was stationed in Europe with the Navy and fishing for steelhead during the catch and release season on this river. In the eight days that I was home to fish, I landed forty-two wild winter steelhead; this fishing was as good as it gets anywhere. Now, fishing on this river is closed during February, March, and April to help the steelhead populations recover. When I return to steelhead fish now, I feel like I am visiting a dead wife. I want to fish more on this river but cannot because wild steelhead stocks are so low that fishing is restricted. The spring steelhead fishing is a particular enjoyable time—wild stocks are building, spring is in the air with red alder buds filling the air with their own very distinctive sweet smell. The mountains are still snow covered but the days can be warm—the

FIRST SOVEREL DECLARATION – 4
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825

best of all steelheading. Of course, throughout Puget Sound, I and other anglers are denied the pleasures because of the low level of wild steelhead stocks.

8. In addition to traveling throughout the Puget Sound basin to recreate, I get to enjoy the Puget Sound ecosystem from the comfort of my own home. I live on a bluff above Puget Sound. From the window of my house, I enjoy watching orcas and many other species that live in the Sound. Many of these animals, like resident orcas, depend on salmon, so threats to wild salmon threaten my enjoyment of wildlife viewing from my house. Many of these animals depend on clean water, so polluting the Puget Sound likewise threatens my enjoyment of wildlife viewing from my house. At the bottom of my bluff, I can go fishing at Meadowdale Park. During these fishing trips, which I enjoy two to three times per month, I catch an array of salmon, including summer run cut throat trout, steelhead, and Chinook.

9. I will continue recreating in and enjoying the Puget Sound ecosystem as long as I am able to so through observing wildlife and through fishing and recreating on the many rivers throughout the Puget Sound basin. When conditions are right for fishing, I will fish, and when they are not right for fishing, I will work. This has been and will continue to be my approach to my life on the Sound.

10. Not only is my recreation centered around wild salmon in Puget Sound, but since retiring in 1990 after a thirty-year career in the Navy, I have devoted my professional life to preserving and conserving wild salmon. In 1992, I founded the Wild Salmon Center, the largest international salmon conservation group around the Pacific Rim working to protect wild salmon around the Pacific Rim. I am also the founder of Wild Salmon Rivers, another non-profit organization devoted to wild salmon, and I was the chairmen of the Steelhead Committee of the Federation of Fly Fishers for approximately 10 years. Additionally, I was:

FIRST SOVEREL DECLARATION – 5
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825

- Board member, Steelhead Society of British Columbian 1990-2000;
- Board member Habitat Conservation Corporation 1995-2000;
- Member, Washington delegation to the North Pacific Anadromous Fish Commission 1993-2005;
- Founding Board member Save our *Wild* Salmon;
- Founder, Wild Steelhead & Biodiversity Foundation (Kamchatka Russia);
- Publisher of *The Osprey: Journal of Steelhead Conservation* 1990-2000; and
- Editorial Board member of *The Osprey: Journal of Steelhead Conservation*.

I have received numerous awards for my conservation work including conservationist of the year Federation of Fly Fishers (1993) and Conservationist of the Year, Steelhead Society of British Columbia (2001). As a professional steelhead conservationist, I am exceedingly distressed by the rapid decline in wild Puget Sound steelhead and the huge loss in angling opportunity for Washington State's official fish.

11. I have observed the significant population decline of wild salmon over the years. Puget Sound is an enormous body of water with a couple hundred streams and rivers of various sizes. When I first moved to Washington, these rivers used to be full of fish; the steelhead population was anywhere from 600,000 to one million, and many rivers and creeks were open 12 months per year. The rivers of the Puget Sound Basin make up a very diverse collection of rivers and streams that offer a wide variety of angling opportunities. Additionally, given their different characteristics, they respond differently to weather events rising and dropping at very different rates in response to winter storms and then dry periods between storms. Steelhead angling is typically best when rivers just come into "shape"—that is the rivers are dropping in level and clearing. When the river flows are higher, typically the river is not suitable for angling.

FIRST SOVEREL DECLARATION – 6
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825

Similarly, when the rivers have dropped substantially, they become low, clear and cold—again less than idea angling conditions. A knowledgeable angler can select from a large suite of Puget Sound rivers to pick the ones that are, at that moment, suitable for angling. When I first moved here, I was able to pick from the rivers for the best steelheading opportunities throughout the entire year.

12. I have stopped fishing in many Puget Sound areas due to the decline of wild stocks and the resulting closures of fishing opportunities during times that I want to fish. In areas that I do fish, I am less able to enjoy fishing as a result of reduced angling opportunity. Even in those areas that remain open to angling, my recreation is reduced because of the uncertainty about the impact of my angling on the depressed wild steelhead population. Currently, the steelhead population is roughly 15,000 fish, and I cannot angle for steelhead throughout many times of the year. Virtually all Puget Sound rivers close for portions of the year, dramatically restricting my opportunities to fish and reducing the complexity and diversity of rivers for me to choose from throughout the year. Given that I moved to Washington for the purpose of interacting with steelhead, the loss of opportunities for fishing for wild steelhead and the reduction of my enjoyment of fishing is a serious loss for me. I am concerned that, if we do not change our ways to better protect steelhead, they will soon be extinct.

13. I am greatly concerned about the effects of Atlantic salmon escaping into the wild and of poor management at the net pens on the Puget Sound ecosystem and on its fish. The science is clear that raising Atlantic salmon in net pens poses a range of active risks to the ecosystem from both the pollution caused by operating the net pens and the diseases and parasites carried by Atlantic salmon. Each net pen has the same sewage discharge as a small city, and this discharge pollutes Puget Sound, degrading habitat for fish and other wildlife.

FIRST SOVEREL DECLARATION – 7
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825

14. It is my understanding that Wild Fish Conservancy's complaint in this citizen suit alleges numerous violations against Cooke related to the failure of a net pen near Cypress Island in August 2017, including: unpermitted discharges of debris and other pollution, negligent release of farmed Atlantic salmon, discharging floating materials and other pollution, and failing to collect and handle dead fish properly. I also understand that Wild Fish Conservancy alleges several permit violations at all of Cooke's commercial salmon farms in Puget Sound, including: failure to prepare and implement a Pollution Prevention Plan that meetings permit requirements, including those for inspections, maintenance, repairs, and replacements, and failure to prepare and implement a Fish Release Prevention and Monitoring Plan that meets permit requirements, including those for monitoring and reporting fish contained in the net pens and those lost to mortality, predation, and escape. I am gravely concerned about these violations and the effects they have on the Puget Sound ecosystem.

15. Atlantic salmon that escape from their pens and comingle with wild salmon are harmful to the native fish. Although I am not aware of robust estimates of these escapes, available information indicates that small numbers of Atlantic salmon escape regularly from net pens. We also know that around two hundred thousand Atlantic salmon escaped when one of the net pens collapsed in 2017. These Atlantic salmon from the escape have been found near Cape Scott and Olympia and throughout the rivers in the Puget Sound basin. These fish are not native, they compete with the native fish, and they carry and introduce a host of alien diseases and parasites. I think of the effects of Atlantic salmon as similar to those of European settlers on Native Americans—when European settlers brought diseases like small pox, for which Native Americans had no immune system, to America, violent disease outbreaks decimated Native American populations, taking some tribes to the brink of extinction. I am concerned that

FIRST SOVEREL DECLARATION – 8
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825

mismanagement of the net pens and escape of Atlantic salmon into the wild are decimating wild salmon populations.

16. I am also concerned about Cooke Aquaculture's mismanagement of the net pens in terms of inspecting and repairing the facilities and of monitoring and reporting information, as required by the Clean Water Act. If Cooke inspected, repaired, monitored, and reported information like it is required to do, the state agencies and the public would have better oversight. Perhaps with better inspections, maintenance, monitoring, reporting, and oversight, Cooke Aquaculture could avoid giant escapes and collapses of infrastructure, like the 2017 collapse and escape.

17. With respect to the collapse of a net pen during the summary of 2017, I fear that the released farmed fish pose the most risks to wild fish and the Puget Sound environment. However, I am also concerned about all the trash, debris and other pollution from the collapse that discharged into Puget Sound, potentially causing problems to the wildlife in the Sound.

18. My concerns about Cooke Aquaculture's compliance with its permit and the Clean Water Act diminish the enjoyment I get from living within, wildlife viewing and fishing, and working to protect the Puget Sound ecosystem. These concerns could be remedied by a court order directing that Cooke Aquaculture comply with its permits and the Clean Water Act, remedy past harms to the environment cause by its previous violations, and a pay civil penalty to deter future noncompliance. If Cooke Aquaculture were ordered to comply with its permit and the Clean Water Act, I would be less worried about the harm to the Puget Sound, salmon, orcas, and other wildlife, and I would get greater enjoyment from fishing and viewing wildlife throughout the Puget Sound ecosystem. Cooke Aquaculture needs to be held accountable for the

FIRST SOVEREL DECLARATION – 9
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825

damage it has caused, and it needs to change its management in the future and comply with the laws.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of October, 2018.

_____
Peter W. Soverel

FIRST SOVEREL DECLARATION – 10
No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN, PLLC
P.O. Box 15099,
Portland, Oregon 97293
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503)768-6825