THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | CASE NO. C17-1708-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COOKE AQUACULTURE PACIFIC, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On July 2, 2018, the Court entered an amended scheduling order. (*See* Dkt. No. 20.) The Court's order did not include a new deadline for the parties to file trial briefs, which was previously set for March 7, 2019. (*See* Dkt. No. 17.) The parties shall file their trial briefs on September 13, 2019.

DATED this 6th day of March 2019.

                              William M. McCool
                              Clerk of Court

                              s/Tomas Hernandez
                              Deputy Clerk