HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY,

               Plaintiff,

     v.

COOKE AQUACULTURE PACIFIC,
LLC,

               Defendant.

Case No. 2:17-cv-01708-JCC

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT

NOTE ON MOTION CALENDAR:
April 5, 2019

THIS MATTER having come before the Court on Defendant's Motion for Partial Summary Judgment, and the Court having considered the pleadings on file with the Court, the Defendant's motion and supporting declarations and exhibits, the pleadings and support submitted in response, and Defendant's reply, and the Court being fully advised of all relevant matters, now, therefore, it is hereby:

ORDERED that Defendant's Motion is GRANTED.

DATED this _____ day of April, 2019.

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT --
1

Case No. 2:17-cv-01708-JCC

**NORTHWEST RESOURCE LAW PLLC**
101 Yesler Way, Suite 205
Seattle, WA 98104
206.971.1564

1

2
_____
The Honorable John C. Coughenour

3

4

5

6
Presented by:

7
NORTHWEST RESOURCE LAW PLLC

8

9
*/s Douglas J. Steding*_____

10
Douglas J. Steding, WSBA #37020
dsteding@nwresourcelaw.com

11
206.971.1567
Diane M. Meyers, WSBA #40729

12
dmeyers@nwresourcelaw.com
206.971.1568

13
Madeline Engel, WSBA #43884

14
mengel@nwresourcelaw.com
206.971.1569

15
David O. Bechtold, OSB #133019 (*pro hac vice*)
dbechtold@nwresourcelaw.com

16
503.664.3582

17
*Attorneys for Defendant Cooke Aquaculture*

18
*Pacific, LLC*

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT --
2

Case No. 2:17-cv-01708-JCC

**NORTHWEST RESOURCE LAW PLLC**
101 Yesler Way, Suite 205
Seattle, WA 98104
206.971.1564