UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | CASE NO. C17-1708-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COOKE AQUACULTURE PACIFIC, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On February 21, 2019, Plaintiff filed a motion for partial summary judgment. (Dkt. No. 29.) Plaintiff's motion is currently noted for March 15, 2019. (*Id*.) On March 11, 2019, Defendant filed a cross-motion for partial summary judgment. (Dkt. No. 41.) Defendant's motion is noted for April 5, 2019. (*Id*.)

Pursuant to Local Civil Rule 7(l), and in the interest of judicial economy, the Clerk is DIRECTED to re-note Plaintiff's motion for partial summary judgment (Dkt. No. 29) to April 5, 2019. Plaintiff's reply to Defendant's response to summary judgment (Dkt. No. 36) shall still be filed no later than March 15, 2019. The Clerk is further DIRECTED to re-note Defendant's motion to seal (Dkt. No. 34) to April 5, 2019.

//

1    DATED this 13th day of March 2019.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk

MINUTE ORDER
C17-1708-JCC
PAGE - 2