HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILD FISH CONSERVANCY,

    Plaintiff,

v.

COOKE AQUACULTURE PACIFIC, LLC,

    Defendant.

Case No. 2:17-cv-01708-JCC

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS TO COMPEL DEPOSITION, FOR SANCTIONS, AND TO MODIFY CASE SCHEDULE

    BEFORE THE COURT is Plaintiff's Motions to Compel Depositions, for Sanctions, and to Modify Case Schedule.

    Plaintiff argues that Defendant's witness under Rule 30(b)(6) was not prepared to testify on issues 8 and 10 identified in the deposition notice, and accordingly requests an order under Rule 37(a)(3) compelling Defendant to produce a witness under Rule 30(b)(6) in a reconvened deposition who will testify on those issues identified in the deposition notice. For the same reasons, Plaintiff requests an order under Rules 37(a)(5) and 37(d)(3) directing Defendant to pay Plaintiff's reasonable expenses, including attorneys' fees, incurred in bringing this motion and in taking the reconvened deposition. Relatedly, Plaintiff argues that Defendant's delay in producing

[PROPOSED] ORDER GRANTING
MOTIONS TO COMPEL, FOR SANCTIONS,
AND TO MODIFY SCHEDULE - 1
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825

information sought by Plaintiff through discovery during the last year warrants a 45-day extension to the case schedule.

The Court finds that Defendant's witness under Rule 30(b)(6) was not prepared to testify on issues 8 and 10 identified in the deposition notice and that Defendant's delay in producing information warrants an extension. Plaintiff's motions should therefore be GRANTED.

Accordingly,

**IT IS ORDERED** that:

1. Defendant shall produce a witness in a reconvened deposition that will testify under Rule 30(b)(6) on issues 8 and 10;

2. Defendant shall pay Plaintiff's reasonable expenses, including attorney's fees, incurred in bringing this motion and in taking the reconvened deposition; and

3. The case schedule is extended in this matter by 45 days.

Dated this _____ day of _____, 2019.

_____
Honorable John C. Coughenour
United States District Judge

Presented by:

KAMPMEIER & KNUTSEN, PLLC

By: s/ Brian A. Knutsen
     Brian A. Knutsen, WSBA No. 38806
Attorney for Plaintiff

[PROPOSED] ORDER GRANTING
MOTIONS TO COMPEL, FOR SANCTIONS,
AND TO MODIFY SCHEDULE - 2
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825