UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | CASE NO. C17-1708-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COOKE AQUACULTURE PACIFIC, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to establish an amended scheduling order (Dkt. No. 67). Finding good cause, the Court GRANTS the parties' joint motion (Dkt. No. 67). The Court ENTERS the following amended scheduling order:

| Event | Date/Deadline |
|---|---|
| Rule 26(a)(2) Expert Disclosure Deadline for Amended/Replacement Reports (reports to amend/replace those produced April 10, 2019) | June 5, 2019 |
| Rule 26(a)(2) Rebuttal Expert Disclosure Deadline | July 5, 2019 |
| Discovery Cutoff (note that all depositions, discovery, and perpetuation must be completed by this date) | August 2, 2019 |
| Dispositive Motion Deadline | September 3, 2019 |
| LCR 39.1 Mediation Completion Deadline | October 4, 2019 |
| Courtroom Technology Training Deadline | November 1, 2019 |
| Proposed Pretrial Order Deadline Filed | November 22, 2019 |
| Trial Briefs Filed | November 22, 2019 |
| Proposed Findings of Fact and Conclusions of Law Filed | December 2, 2019 |

| Bench Trial (10-day estimate) | December 2, 2019 |

Presented by:

KAMPMEIER & KNUTSEN, PLLC

By: s/ Brian A. Knutsen
   Brian A. Knutsen, WSBA No. 38806
Attorney for Plaintiff


NORTHWEST RESOURCE LAW, PLLC

By: s/ Diane M. Meyers
   Diane M. Meyers, WSBA No. 40729
Attorney for Defendant

   DATED this 26th day of April 2019.

                              William M. McCool
                              Clerk of Court

                              s/Tomas Hernandez
                              Deputy Clerk

MINUTE ORDER
C17-1708-JCC
PAGE - 2