HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COOKE AQUACULTURE PACIFIC, LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-01708-JCC<br><br>SECOND SUPPLEMENTAL DECLARATION OF DOUGLAS J. STEDING IN SUPPORT OF DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COOKE TO AMEND ANSWER<br><br>NOTE ON MOTION CALENDAR:<br>May 3, 2019 |

Douglas J. Steding declares as follows:

1. I am counsel for Defendant Cooke Aquaculture Pacific, LLC ("Cooke") in this matter. I make this declaration based on my personal knowledge.

2. On May 3, 2019, Cooke filed a Supplemental Declaration of Douglas J. Steding in Support of Defendant's Motion to Amend Scheduling Order to Allow Cooke to Amend Answer (Dkt. No. 73), in which we stated that: "On April 30, 2019, we produced to plaintiff Wild Fish Conservancy the Consent Decree between Cooke and the Washington State Department of Ecology ("Ecology") and the Pollution Control Hearings Board's order dismissing the matter between Cooke and Ecology" *Id.* ¶ 4. That statement was incorrect. Plaintiff notified us on

SECOND SUPPLEMENTAL DECLARATION OF DOUGLAS J. STEDING IN SUPPORT OF DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COOKE TO AMEND ANSWER -- 1

Case No. 2:17-cv-01708-JCC

NORTHWEST RESOURCE LAW PLLC
101 Yesler Way, Suite 205
Seattle, WA 98104
206.971.1564

May 7, 2019, that Cooke had not yet produced the Pollution Control Hearings Board's dismissal order. That same day (May 7, 2019), we produced the Board's dismissal order to Plaintiff.

Sworn to under penalty of perjury of the laws of Washington, at Seattle, Washington, this 7th day of May, 2019.

_/s Douglas J. Steding_
Douglas J. Steding

SECOND SUPPLEMENTAL DECLARATION OF DOUGLAS J. STEDING IN SUPPORT OF DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER TO ALLOW COOKE TO AMEND ANSWER -- 2

Case No. 2:17-cv-01708-JCC

**NORTHWEST RESOURCE LAW PLLC**
101 Yesler Way, Suite 205
Seattle, WA 98104
206.971.1564