THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COOKE AQUACULTURE PACIFIC LLC,<br><br>　　　　　　Defendant. | CASE NO. C17-1708-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court *sua sponte*. Plaintiff filed its second motion for partial summary judgment on August 29, 2019. (Dkt. No. 79.) Defendant filed its second motion for partial summary judgment on September 3, 2019. (Dkt. No. 84.) The Clerk is DIRECTED to renote Plaintiff's second motion for partial summary judgment (Dkt. No. 79) to September 27, 2019. *See* W.D. Wash. Local Civ. R. 7(l).

　　　DATED this 22nd day of October 2019.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C17-1708-JCC
PAGE - 1