HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>    Plaintiff,<br><br>v.<br><br>COOKE AQUACULTURE PACIFIC, LLC,<br><br>    Defendant. | Case No. 2:17-cv-01708-JCC<br><br>JOINT MOTION FOR ENTRY OF CONSENT DECREE<br><br>NOTE ON MOTION CALENDAR:<br>January 21, 2020 |

MOTION

Plaintiff Wild Fish Conservancy ("Conservancy") and Defendant Cooke Aquaculture Pacific, LLC ("Cooke") hereby jointly move the Court to approve and enter the Consent Decree filed herewith.

STATEMENT IN SUPPORT

The Conservancy filed this action under the citizen suit provision of the Clean Water Act ("CWA"), 33 U.S.C. § 1365, alleging that Cooke is in violation of its National Pollutant Discharge Elimination System ("NPDES") permits for its Atlantic salmon net pen facilities in Puget Sound.

JOINT MOTION FOR ENTRY OF
CONSENT DECREE - 1
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825

The Conservancy and Cooke (collectively, "Parties") have agreed that settlement of this matter is in the public interest and that entry of the Consent Decree is the most appropriate means of resolving this matter.

In accordance with section 505(c)(3) of the CWA, 33 U.S.C. § 1365(c)(3), and 40 C.F.R. § 135.5, copies of the Consent Decree will be served on the United States Attorney General, the Administrator of the United States Environmental Protection Agency, and the Regional Administrator of Region 10 of the United States Environmental Protection Agency. The Consent Decree may not be entered prior to forty-five (45) days following receipt by both the Administrator and the Attorney General. *See* 33 U.S.C. § 1365(c)(3). The noting date for the Court's consideration of this matter has been scheduled accordingly.

The Parties respectfully request this Court enter the Consent Decree.

RESPECTFULLY SUBMITTED this 27th day of November, 2019.

JOINT MOTION FOR ENTRY OF
CONSENT DECREE - 2
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825

| | |
|---|---|
| KAMPMEIER & KNUTSEN, PLLC | NORTHWEST RESOURCE LAW, PLLC |
| By: s/ Brian A. Knutsen<br>Brian Knutsen, WSBA No. 38806<br>Emma Bruden, *admitted pro hac vice*<br>221 S.E. 11th Avenue, Suite 217<br>Portland, Oregon 97214<br>Tel:(503) 841-6515 (Knutsen)<br>     (503) 719-5641 (Bruden)<br>Email: brian@kampmeierknutsen.com<br>       emma@kampmeierknutsen.com | By: s/ Douglas J. Steding<br>Douglas J. Steding, WSBA No. 37020<br>Madeline Engel, WSBA No. 43884<br>David O. Bechtold, *admitted pro hac vice*<br>101 Yesler Way, Suite 205<br>Seattle, Washington 98104<br>Tel: (206) 971-1564<br>Email: dsteding@nwresourcelaw.com<br>       mengel@nwresourcelaw.com<br>       dbechtold@nwresourcelaw.com |
| Paul A. Kampmeier, WSBA No. 31560<br>811 First Avenue, Suite 468<br>Seattle Washington 98104<br>Tel:(206) 858-6983<br>Email: paul@kampmeierknutsen.com | SUMMIT LAW GROUP, PLLC<br><br>Christopher T. Wion, WSBA No. 33207<br>Tanya Nesbitt, *admitted pro hac vice*<br>315 Fifth Avenue S., Suite 1000<br>Seattle, Washington 98104<br>Tel: (206) 676-7000<br>Email: chrisw@summitlaw.com<br>       tanyan@summitlaw.com |
| EARTHRISE LAW CENTER<br><br>Kevin Cassidy, *admitted pro hac vice*<br>Lia Comerford, *admitted pro hac vice*<br>Lewis & Clark Law School<br>10015 S.W. Terwilliger Blvd.<br>Portland, Oregon 97219<br>Tel: (781) 659-1696 (Cassidy)<br>     (503) 768-6823 (Comerford)<br>Email: cassidy@lclark.edu<br>       comerford1@lclark.edu<br><br>*Attorneys for Plaintiff Wild Fish Conservancy* | *Attorneys for Defendant Cooke Aquaculture Pacific, LLC* |

JOINT MOTION FOR ENTRY OF
CONSENT DECREE - 3
Case No. 2:17-cv-01708-JCC

KAMPMEIER & KNUTSEN PLLC
221 S.E. 11th Ave., Suite 217
Portland, Oregon 97214
(503) 841-6515

EARTHRISE LAW CENTER
10015 SW Terwilliger Blvd.
Portland, Oregon 97219
(503) 768-6825